

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GROVER SELLERS
ATTORNEY GENERAL

Honorable M. B. Morgan, Chairman
Appropriations Committee
House of Representatives
Forty-ninth Legislature
Austin, Texas

Dear Sir:

Opinion No. O-6523
Re: Clarification of Senate
Bill No. 38, Article 5,
Sections 1, 2, 3 and 4,
which provides appropria-
tion from the Available
School Fund, rather than
from the General Fund.

We have your letter of recent date reading as follows:

"I am submitting to you printed Senate Bill
No. 38, which as passed the Senate and is now being
considered in the House Appropriations Committee.

"Our Appropriations Committee has directed me
to request a legal opinion from your office on Article
5, Sections 1, 2, 3 and 4 of the attached Senate Bill,
which provides appropriation from the Available School
Fund rather than from the General Fund, and which it
is argued that this provision is in violation of the
provision contained in Article 7, Section 5 of the
Texas Constitution.

"We shall appreciate your giving us an early
opinion in this matter in order that we may take fur-
ther action on the bill during the present session of
the legislature."

It is clear that if the appropriation is made out
of the Available School Fund it would be in violation of Arti-

Honorable M. O. Morgan, page 2

cle 7, Section 5 of the Constitution, since that section provides that the Available School Fund shall be distributed to the several counties according to their scholastic population.

The appropriation may be made out of the General Revenue Fund.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By     C. F. Gibson

C. F. Gibson
Assistant

CFG:EP

APR 27 1945

APPROVED
OPINION
COMMITTEE
BY
CHAIRMAN